```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/31/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESUS MENDOZA,<br><br>                            Plaintiff,<br><br>        -against-<br><br>USCIS,<br><br>                            Defendant. | **ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**21-CV-9296 (AJN) (KHP)** |

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Initial Case Management Conference in this matter scheduled for **Tuesday, February 8, 2022, at 10:00 a.m.** is hereby converted to a telephonic conference. The parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

**The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se litigant at the following address: 988 Myrtle Avenue, Brooklyn, NY 11206.**

Dated: New York, New York
        January 31, 2022

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge