UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Jesus Mendoza,

                     Plaintiff,

      -against-

USCIS,

                    Defendant.
-----------------------------------------------------------X

21 CIVIL 9296 (AJN)(KHP)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 8, 2022, objections to Judge Parker's Report & Recommendation were due April 5, 2022. As of the date of the Order, no objections to the Report & Recommendation have been filed. Thus, the Court has reviewed the Report & Recommendation for clear error, and it found none. The Report & Recommendation is adopted in its entirety and the Defendant's motion is GRANTED. Plaintiff's amended complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
         April 11, 2022

                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**

                    BY:

                                                  **Deputy Clerk**